Leonard FUNGASHA, Petitioner

v.

Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.

No. 13–1376.

United States Court of Appeals, Eighth Circuit.

Submitted: July 22, 2013.

Filed: Aug. 2, 2013.

Before SMITH, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Leonard Fungasha, a citizen of Tanzania, petitions for review of an order of the Board of Immigration Appeals (BIA), which upheld an immigration judge's decision that Fungasha was ineligible for adjustment of status. After careful review, we find no basis for reversal. *See Hashmi v. Mukasey,* 533 F.3d 700, 703–04 (8th Cir.2008) (standard of review). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.